TAMPA SHIPBUILDING AND ENGINEERING COMPANY, A COR-
PORATION, *Plaintiff in Error*, v. FRANK BRUEN, *Defen-
dant in Error*.

Decision Filed January 24, 1923.

A Writ of Error to the Circuit Court for Hillsborough
County; F. M. Robles, Judge.

*John B. Sutton* and *Whitaker, Himes & Whitaker*, for
*Plaintiff in Error;*

*Macfarlane* and *Macfarlane,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the Court that the
said judgment of the Circuit Court be, and the same is
hereby, affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND
WEST, J. J., concur.